# United States District Court

__Middle__ DISTRICT OF __Alabama__

Chris Miles d/b/a La Vegas

Plaintiff,

                              SUMMONS IN A CIVIL CASE

V.                           CASE NUMBER: CV __2:08cv47__

Alcazar Shriners, Shriners of North America, Lee Sims, Buddy Hartin and Roman Hochhalter,

Defendants                                JURY TRIAL DEMANDED

TO: (Name and address of defendant)
**Roman Hochhalter c/o Alcazar Shriners**
**555 East Boulevard**
**Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                            1/18/08

CLERK                                          DATE

_(signature)_

(BY) DEPUTY CLERK

AO 440 (Rev. *10/93*)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |
| *Check one box below to indicate appropriate method of service* | |

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____

☐  Other (*Specify*): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                 Date                        Signature of Server

                                               _____
                                               Address of Server

# United States District Court

_____ middle _____ DISTRICT OF _____ Alabama _____

Chris Miles d/b/a La Vegas

Plaintiff,

                                              SUMMONS IN A CIVIL CASE

       V.                                      CASE NUMBER: CV __2:04CV47__

Alcazar Shriners, Shriners of North
America, Lee Sims, Buddy Hartin and
Roman Hochhalter,

Defendants                                      JURY TRIAL DEMANDED

      TO: (Name and address of defendant)
      **Buddy Hartin c/o Alcazar Shriners**
      **555 East Boulevard**
      **Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      G. William Gill, Esq.
      Law Office of G. William Gill
      207 Montgomery Street
      Suite 1222
      Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                  1-16-04
CLERK                                                           DATE

_(BY) DEPUTY CLERK_ [signature]

AO 440 (Rev. _10/93_) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (_Specify_): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                                         Signature of Server

                                                                         _____
                                                                         Address of Server

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Chris Miles d/b/a La Vegas

Plaintiff,

V.

Alcazar Shriners, Shriners of North America, Lee Sims, Buddy Hartin and Roman Hochhalter,

Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV _2:08cv47_

JURY TRIAL DEMANDED

TO: (Name and address of defendant)
**Lee Sims c/o Alcazar Shriners
555 East Boulevard
Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    1·18·08

CLERK                                 DATE

*[signature]*
_____
(BY) DEPUTY CLERK

AO 440 (Rev. *10/93*)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |
| *Check one box below to indicate appropriate method of service* | |

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____
_____

☐  Other (*Specify*): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

_____

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                            Signature of Server

                                                          _____
                                                          Address of Server

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Chris Miles d/b/a La Vegas

Plaintiff,

v.

Alcazar Shriners, Shriners of North
America, Lee Sims, Buddy Hartin and
Roman Hochhalter,

Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 2:08cv47

JURY TRIAL DEMANDED

TO: (Name and address of defendant)
**Alcazar Shriners**
**Alcazar Shrine Center**
**555 East Boulevard**
**Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              1·18·08

CLERK                                                   DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. *10/93*) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (*Specify*): _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

_____

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**Executed on** _____
                    Date

_____
Signature of Server

_____
Address of Server