# United States District Court

_Middle_ DISTRICT OF _Alabama_

Chris Miles d/b/a La Vegas

Plaintiff,

V.

Alcazar Shriners, Shriners of North America, Lee Sims, Buddy Hartin and Roman Hochhalter,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV _2:08cv47_

**JURY TRIAL DEMANDED**

TO: (Name and address of defendant)
**Shriners of North America
Shriners International
2900 Rocky Point Drive
Tampa, Florida 33607**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                        1/24/08

CLERK                                     DATE

*William C. ___*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (Specify): _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER |||

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                                            Signature of Server

                                                                            _____
                                                                            Address of Server