IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | | |
|---|---|---|
| Chris Miles, d/b/a La Vegas | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cv00047-SRW |
| | ) | |
| Alcazar Shriners, et al., | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

RECEIVED
2008 FEB -5 P 1: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff Chris Miles in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: This party is an individual doing business as La Vegas.

Respectfully Submitted this 5th Day of February, 2008.

_____
G. William Gill
Attorney for Plaintiff
officeswgill@bellsouth.net
207 Montgomery Street
Suite 1222
Montgomery, AL 36104
334-844-7606 (o)
334-834-3335 (f)

## CERTIFICATE OF SERVICE

I, G. William Gill, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 5th day of February 2008, to:

Shriners of North America, 2900 Rocky Point Drive, Tampa, Florida 33607

I further certify that the following entities or individuals will be served with a copy of this Disclosure Statement contemporaneously with the service of the Summons and Complaint upon them:

Alcazar Shriners, 555 East Blvd., Montgomery, Alabama 36117

Roman Hochhalter, 555 East Blvd, Montgomery, Alabama 36117

Lee Sims, 555 East Blvd., Montgomery, Alabama 36117

Buddy Hartin, 555 East Blvd. Montgomery, Alabama 36117

February 5, 2008
Date

_____
Signature