*[signature]*
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the summons and complaint was made by me[1] | DATE: 2-19-08 |
|---|---|
| Name of Server (Print): John White | TITLE: Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3 Hisbiscus Dr monts. AL at Mr. Hochhalter's residence

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

RETURNED AND FILED

FEB 20 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

___

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2-20-08__
Date

__[signature]__
Signature of Server

__PO Box 358 Hope Hull AL 36043__
Address of Server

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Chris Miles d/b/a La Vegas

Plaintiff,

                                                               **SUMMONS IN A CIVIL CASE**

V.                                               CASE NUMBER: CV _2:08CV47_

Alcazar Shriners, Shriners of North
America, Lee Sims, Buddy Hartin and
Roman Hochhalter,

Defendants                                              **JURY TRIAL DEMANDED**

TO: (Name and address of defendant)
**Roman Hochhalter c/o Alcazar Shriners
555 East Boulevard
Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                        _1/18/08_

CLERK                                                          DATE

_[signature]_
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: 2-19-08 |
| Name of Server (Print): John White | TITLE: Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Dottie Sims wife of lee sims at thier residence

☐ Returned unexecuted: _____
_____
_____

☐ Other (Specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

RETURNED AND FILED

FEB 20 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2-20-08___  _____
             Date                Signature of Server

_PO Box 388  Hope Hull AL 36043_
Address of Server

# United States District Court

_____Middle_____ DISTRICT OF _____Alabama_____

Chris Miles d/b/a La Vegas

Plaintiff,

                                       SUMMONS IN A CIVIL CASE

     V.                                 CASE NUMBER: CV __2:04CV47__

Alcazar Shriners, Shriners of North
America, Lee Sims, Buddy Hartin and
Roman Hochhalter,

Defendants                                    JURY TRIAL DEMANDED

TO: (Name and address of defendant)
**Lee Sims c/o Alcazar Shriners
555 East Boulevard
Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                         1-16-08

CLERK                                                        DATE

*[signature]* Brown
_____
(BY) DEPUTY CLERK

AO 440 (Rev. *10/93*) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: 2-19-08 |
| Name of Server (Print): John White | TITLE: Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Alcazar Shriner's Temple
   FreD Smith  Recorder

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*Specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

RETURNED AND FILED

FEB 20 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2-20-08___     _[signature]_
            Date                                  Signature of Server

                                                PO Box 385 Hope Hull AL 36043
                                                Address of Server

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Chris Miles d/b/a La Vegas

Plaintiff,

v.

Alcazar Shriners, Shriners of North America, Lee Sims, Buddy Hartin and Roman Hochhalter,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV _2:08CV47_

**JURY TRIAL DEMANDED**

TO: (Name and address of defendant)
**Alcazar Shriners
Alcazar Shrine Center
555 East Boulevard
Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    1-18-08

CLERK                                                 DATE

_[signature]_
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: 2-19-08 |
| Name of Server (Print): John White | TITLE: Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Fred Smith recorder of the Alcazar Shriners Temple accept service for Buddy Hartin

☐ Returned unexecuted: _____
_____
_____

☐ Other (Specify): _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER |||

RETURNED AND FILED

FEB 20 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2-20-08__
　　　　　　　Date

_____
Signature of Server

__PO Box 388 Hope Hull AL 36043__
Address of Server

# United States District Court

_middle_ DISTRICT OF _Alabama_

Chris Miles d/b/a La Vegas

Plaintiff,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CV 2:08cv47

Alcazar Shriners, Shriners of North
America, Lee Sims, Buddy Hartin and
Roman Hochhalter,

Defendants

JURY TRIAL DEMANDED

TO: (Name and address of defendant)
**Buddy Hartin c/o Alcazar Shriners**
**555 East Boulevard**
**Montgomery, Alabama 36117**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. William Gill, Esq.
Law Office of G. William Gill
207 Montgomery Street
Suite 1222
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                       1·18·08

CLERK                                                    DATE