IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRIS MILES d/b/a LA VEGAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:08-cv-47-SRW |
| ALCAZAR SHRINERS, SHRINERS OF NORTH, AMERICA, LEE SIMS, BUDDY HARTIN and ROMAN HOCHHALTER | ) ) ) ) | |
| Defendants, | ) ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lee Sims, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____                    _____

_____                    _____

                                            _____

April 29, 2008                              /s/ signature
Date                                        Counsel Signature

                                            N. Gunter Guy, Jr.
                                            Counsel for (print names of all parties)

                                            **P O Box 2148, Montgomery, AL 36102-2148**
                                            Address, City, State Zip Code

                                            (334) 387-7680
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, N. GUNTER GUY, JR., do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th day of April 2008, to:

G. William Gill
207 Montgomery St., Ste. 1222
Montgomery, AL 36104

April 29, 2008                                                                 /s/    N. Gunter Guy, Jr.
Date                                                                           Signature