IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHRIS MILES d/b/a LA VEGAS** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:08-cv-47-SRW |
| | ) | |
| **ALCAZAR SHRINERS,** | ) | JURY TRIAL DEMANDED |
| **SHRINERS OF NORTH AMERICA,** | ) | |
| **LEE SIMS, BUDDY HARTIN and** | ) | |
| **ROMAN HOCHHALTER** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## REPORT OF PARTIES PLANNING MEETING

**COMES NOW,** the parties in the above-styled cause and submit this Report of the Parties' Planning Meeting:

1. Pursuant to Fed.R.Civ.P. 26(f) and this Court's Order, a telephonic conference was held on April 30, 2008 and was attended by:

    G. William Gill for the plaintiff Chris Miles d/b/a La Vegas

    N. Gunter Guy for the defendants Alcazar Shriners, Shriners of North America, Lee Sims, Buddy Hartin and Roman Hochhalter

2. **Pre-discovery disclosures**:

    The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) no later than 21 days after the 26(f) conference. Supplementation of disclosures and responses are required by Fed.R.Civ.P. 26(e).

3. **Discovery Plan**:

    (a) Discovery will be needed on the following subjects:

    All of plaintiff's claims and damages.

All of defendants' defenses.

(b) All discovery will be commenced in time to be completed by **May 1, 2009**.

(c) A maximum of 30 Interrogatories by each party to any other party.

(d) A maximum of 25 Request for Admissions by each party to any other party.

(e) A maximum of 30 Requests for Production of Documents by each party to any other party.

(f) A maximum of 10 depositions by the plaintiff and 10 depositions by the defendants. All depositions will be limited to 7 hours, unless extended by agreement of the parties.

4. **Expert reports**:

Reports from retained experts under 26(a)(2) due:

from the plaintiff:    **December 5, 2008**;

from the defendants: **January 9, 2009**.

5. **Adding Parties and Amendments to the Pleading**

The plaintiff and defendants should be allowed until **October 1, 2008** to add additional parties and until **November 3, 2008** to amend the pleadings.

6. **Dispositive Motions**

All potentially Dispositive motions shall be filed by **February 27, 2009**.

7. **Prospects of Settlement**

Settlement cannot be evaluated at this time prior to completion of some discovery in the case.

8.  **Final Witness and Exhibit Lists**

Final Witness Lists under Rule 26(a)(3) should be due from the parties **April 3, 2009**. Final Exhibit List under Rule 26(a)(3) should be due from the parties **May 12, 2009**. The parties shall have 14 days after service of Witness and Exhibit Lists to serve objections under Rule 26(a)(3).

9.  **Pretrial Conference**

The parties request a pretrial conference with the Court on or about **June 2, 2009**.

10. **Trial Date**

This case should be ready for trial on or about the trial term beginning **July 13, 2009** and, at this time, is expected to take 3 to 4 days.

>Respectfully Submitted,
>
>      /s/     N. Gunter Guy, Jr.
>N. Gunter Guy, Jr.
>Attorney for defendants, Alcazar Shriners,
>Shriners of North America, Lee Sims,
>Buddy Hartin and Roman Hochhalter

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36109-2148
(334) 387-7680

>      /s/     G. William Gill
>G. William Gill
>Attorney for plaintiff,
>Chris Miles d/b/a La Vegas

OF COUNSEL:

207 Montgomery Street, Suite 1222
Montgomery, Alabama 36104
834-7607