IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS MILES, d/b/a LA VEGAS | * |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * CIVIL case No: 2:08-CV-47-SRW |
| ALCAZAR SHRINERS, | * |
| SHRINERS OF NORTH AMERICA, | * |
| LEE SIMS, BUDDY HARTIN and | * |
| ROMAN HOCHHALTER | * |
| Defendant, | * |

## NOTICE OF APPEARANCE

COMES NOW, ATTORNEY DARRYL A. PARKER, filing Notice of appearance of Darryl A. Parker as counsel for Plaintiff, CHRIS MILES, d/b/a LA VEGAS.
in the instant matter.

Respectfully Submitted,

_Parker, Darryl A._
Darryl A. Parker (PAR116)
Counsel for Plaintiff,
P. O. Box 70633
Montgomery, AL. 36107
(334) 834-2000 Office
(334) 834-2800 Fax

## CERTIFICATE OF SERVICE

I certify that on the 9th day of July, 2008, the foregoing document was served on counsel listed below by in hand service of the same in the Office of the below listed counsel.

**N. GUNTER GUY JR. (GUY004)**
Attorney for Defendants,
BALL, BALL, MATTHEW, AND NOVAK
P.O. Box 2148
Montgomery, AL. 36102
334-387-7680 Office
334-387-3222 Facsimile

_Parker, Darryl A._