IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JUL 11 A 11:54

| | |
|---|---|
| CHRIS MILES, d/b/a ) | |
| LA VEGAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL case No: 2:08-CV-47-SRW |
| ) | |
| ALAZAR SHRINERS, ) | |
| SHRINERS OF NORTH AMERICA ) | |
| LEE SIMS, BUDDY HARTIN and ) | |
| ROMAN HOCHHALTER ) | |
| CONSTRUCTION COMPANY, ) | |
| ) | |
| Defendant, ) | |

## NOTICE TO WITHDRAW

**COMES NOW, G. WILLIAM GILL**, attorney of record for Plaintiff, Chris Miles, d/b/a/ LA VEGAS and files this motion to withdraw as legal counsel for Plaintiff. As grounds therefore undersigned counsel would show the following:

1. Undersigned counsel and Plaintiff have an irreconcilable conflict.

2. Plaintiff has secured other legal counsel who has filed an appearance for Plaintiff.

Wherefore, G. William Gill moves the Court to grant this motion to withdraw and to do so without prejudice to counsel's right to file a lien for attorneys fees and expenses owed by Plaintiff to undersigned counsel.

Respectfully submitted this 11th day of July 2008,

G. William Gill (GIL024)
Attorney and Counselor at Law
207 Montgomery Street, Suite 1222
Montgomery, AL 36104
334-834-7606 Office
334-834-3335 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date mailed a true copy of the foregoing to the following counsel of record at their proper mailing address, by placing a copy of same in the United States Mail, First Class, postage prepaid and affixed thereto this the 11th day of July, 2008:

*/s/*

**G. William Gill (GIL024)**
Attorney and Counselor at Law
207 Montgomery Street, Suite 1222
Montgomery, AL 36104
334-834-7606 Office
334-834-3335 Facsimile


**Darryl A. Parker (PAR116)**
Counsel for Plaintiff,
P.O. Box 70633
Montgomery, AL 36107
334-834-2000 Office
223-834-2800 Facsimile

N. Gunter Guy Jr. (GUY004)
Attorney for Defendants,
Ball, Ball, Matthew, and Novak
P.O. Box 2148
Montgomery, AL 36102
334-387-7680 Office
334-387-3222 Facsimile