IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRIS MILES, d/b/a           )
La Vegas,                    )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:08cv47-MHT
                             )
ALCAZAR SHRINERS, et al.,    )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the notice to withdraw (Doc. No. 21) is treated as a motion to withdraw and said motion is granted.

DONE, this the 14th day of July, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE